FILED
CLERK, U.S. DISTRICT COURT

JULY 9, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  <br>  Plaintiff,  <br>  v.  <br> Daneil Omeli,  <br>  Defendant. | Case No.: 5:20-cr-169-JGB  <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS  <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

  The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

  Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (x)  The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:

  (x)  information in the Pretrial Services Report and Recommendation

  (x)  information in the violation petition and report(s)

  ( )  the defendant's nonobjection to detention at this time

  ( )  other: _____

1

and/ or

B. ( ) The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the following:
- ( ) information in the Pretrial Services Report and Recommendation
- ( ) information in the violation petition and report(s)
- ( ) the defendant's nonobjection to detention at this time
- ( ) other: _____

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 7/9/2021

_____
SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE